United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BIANCA SLAVIERO, et al.,
Plaintiffs,

v.

BABY LIST, INC.,
Defendant.

Case No. 25-cv-09496-RS

**FINAL JUDGMENT**

Having granted Baby List's motion to compel arbitration and dismiss the case, final judgment is hereby entered against Plaintiffs and in favor of Baby List, Inc. *See* Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED**.

Dated: April 24, 2026

RICHARD SEEBORG
Chief United States District Judge